UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ALANA GEORGE
            Plaintiff
            V.

                         CIVIL ACTION: 14CV10415-RWZ


DELTA OUTSOURCE GROUP ET AL
            Defendant



ORDER OF DISMISSAL

ZOBEL, D.J.                      MAY 13, 2014


      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.


                      By the Court,


                      s/ Lisa A. Urso
                      Deputy Clerk

30day.ord